

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2022

No. 04-22-00451-CV

**IN RE** Francisco Moises **GARZA III**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI12544
Honorable Laura Salinas, Judge Presiding

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Patricia O. Alvarez, Justice
                 Beth Watkins, Justice
                 Liza A. Rodriguez, Justice

On July 21, 2022, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than August 16, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on August 1, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2019CI12544, styled *In the Interest of C.R.G.P., a minor child*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.